

### October 8, 1999

| | | |
|---|---|---|
| 22176 | Van Gundy v. Administrative Director of the Court, State of Hawaii | Affirmed |

### October 18, 1999

| | | |
|---|---|---|
| 21969 | State v. Benicta | Reversed |
| 21973 | State v. Lacaden | Affirmed |
| 22283 | State v. Wang | Affirmed |

### October 19, 1999

| | | |
|---|---|---|
| 22268 | State v. Ah Nee | Affirmed |

### October 20, 1999

| | | |
|---|---|---|
| 22018 | State v. Malakha | Affirmed |

### October 21, 1999

| | | |
|---|---|---|
| 21580 | Cockett v. State | Affirmed |

### October 26, 1999

| | | |
|---|---|---|
| 21995 | State v. Escalante | Affirmed |
| 21521 | State v. Haunreiter | Affirmed |

### October 28, 1999

| | | |
|---|---|---|
| 22232 | State v. Tautolo | Affirmed |

### November 2, 1999

| | | |
|---|---|---|
| 21928 | Helfand, In re | Affirmed |
| 22260 | State v. Mosby | Affirmed |
| 22049 | State v. Napierala | Affirmed |

### November 3, 1999

| | | |
|---|---|---|
| 22195 | State v. Cullen | Vacated in part, Affirmed in part |

### November 4, 1999

| | | |
|---|---|---|
| 21716 | Raquel v. Raquel | Affirmed |
| 22073 | State v. Propios | Affirmed |
| 22133 | State v. Untalan | Affirmed |

### November 17, 1999

| | | |
|---|---|---|
| 21836 | Barnett v. Itomura | Affirmed |